COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Aleta Chapman v. Thinh Quoc Pham

Appellate case number:    01-13-00066-CV

Trial court case number:    1006033

Trial court:          County Civil Court at Law No. 3 of Harris County

This appeal was stayed pursuant to the Suggestion of Bankruptcy filed in this Court on March 1, 2013, stating that appellant, Aleta Chapman, had filed a bankruptcy petition in the United States District Court for the Southern District of Texas, which was assigned case number 13-31039. *See* TEX. R. APP. P. 8.2; *see also* 11 U.S.C. § 362(a). Through the Public Access to Court Electronic Records website, the Court has learned that appellant's discharge was revoked in 2015 and her bankruptcy case was dismissed on August 8, 2016. Accordingly, the Court directs the Clerk of this Court to **reinstate** this appeal as an active case on the Court's docket.

However, although the filing and clerk's record fees have been paid and the clerk's record has been filed, the reporter's record had not been filed due to appellant's failure to request it and she has not established indigence, according to the reporter's info sheet filed on February 19, 2013. Thus, appellant is **ORDERED** to request and pay, or make arrangements to pay, for the reporter's record **within 30 days** of this order, or this Court may set the briefing schedule and consider and decide this appeal on those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c)(1), (2).

It is so ORDERED.

Judge's signature: /s/ <u>Laura Carter Higley</u>
                ☒  Acting individually

Date: <u>August 18, 2016</u>